AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
v.
Carlos Gerardo Ordonez-Rodriguez

## CRIMINAL COMPLAINT

Case Number: M-19-0072-M

IAE   YOB: 1994
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 9, 2019__ in __Hidalgo, TX__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Edinburg, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Carlos Gerardo Ordonez-Rodriguez was encountered by Border Patrol Agents near Edinburg, Texas on January 9, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 20, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 31, 2018 through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 10, 2018, the defendant was convicted of 8 USC 1326, Illegal Re-entry of a Deported Alien and sentenced to one hundred and forty eight (148) days confinement and twelve (12) months supervised released term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Robert Guerra AUSA

Sworn to before me and subscribed in my presence,

January 11, 2019

Juan F Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Jose Diaz    Senior Patrol Agent

Signature of Judicial Officer